IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| **LENWORTH O. DAVIS,** | * |
| *Plaintiff*, | * |
| **vs.** | * |
| **ASSET ACCEPTANCE, LLC** | * |
| **and** | * |
| **FULTON FRIEDMAN & GULLACE, LLP** | * Civ. Action No.: 1:12-cv-982-BEL |
| | * |
| **and** | |
| | * |
| **JOHN DOES 1-10,** | |
| | * |
| *Defendants.* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Lenworth O. Davis, by his undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: June 5, 2012               Respectfully Submitted,


                                  By :   */s/ E. David Hoskins*
                                         E. David Hoskins, Esq., No. 06705
                                         Law Offices of E. David Hoskins, LLC
                                         2 Hamill Road, Ste. 362
                                         Baltimore, MD 21210
                                         (410) 662-6500
                                         (410) 662-7800 facsimile