IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| LENWORTH O. DAVIS, | * |
| *Plaintiff*, | * |
| vs. | * |
| ASSET ACCEPTANCE, LLC | * |
| and | * |
| FULTON FRIEDMAN & GULLACE, LLP | * Civ. Action No.: 1:12-cv-982-GLR |
| and | * |
| JOHN DOES 1-10, | * |
| *Defendants*. | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Lenworth O. Davis, by his undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

APPROVED THIS 6th DAY OF June 20 12

*/s/ George L. Russell*
GEORGE L. RUSSELL, III, U.S.D.J.